**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J.A., | No. 4:26-CV-02862 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| ANGELA HOOVER, *et al.*, | |
| Respondents. | |

**ORDER**

**OCTOBER 29, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. J.A.'s 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
2. J.A.'s motion to proceed under a pseudonym (Doc. 2) is **GRANTED**;
3. The Government **SHALL** either shall release J.A. on his own recognizance, or provide J.A. with an individualized bond hearing at which he may present evidence on or before Wednesday, November 11, 2026;
4. At that bond hearing, the Government **SHALL** bear the burden of demonstrating, by clear and convincing evidence, that J.A. is a danger to the community or a flight risk;

5. On or before Thursday, November 19, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the reasons for such denial; and

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge